

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00275-CR
### No. 10-16-00276-CR

**RUEBEN EARLE WALKER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2015-1661-C2 & 2015-1744-C2

## ORDER REQUESTING A RESPONSE

Rueben Earle Walker appealed his convictions for aggravated assault and possession of a controlled substance. *See generally* TEX. PENAL CODE ANN. § 22.02 (West 2011) and TEX. HEALTH & SAFETY CODE ANN. § 481.115 (West 2010). We dismissed the appeals because the certifications of defendant's right of appeal, which Walker signed for each appeal, indicated that he waived his right to appeal. *See Walker v. State*, Nos. 10-16-00275-CR, 10-16-00276-CR, 2016 Tex. App. LEXIS 10314 (Tex. App.—Waco Sept. 21, 2016, no pet. h.) (not designated for publication). Walker has now filed a motion for rehearing

in each appeal.  A certification of the right to appeal which indicates Walker has the right to appeal was filed separately from the motion for rehearing.  We note that the new certification was signed on September 29, 2016 which was after the Court's opinion had issued.

We request a response to Walker's motions for rehearing from the State.  The State's response is due 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Response requested
Order issued and filed October 19, 2016